RECEIVED
IN LAFAYETTE, LA.
OCT 2011
TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CALVIN WARE | CIVIL ACTION 09-1842 |
| VERSUS | JUDGE HAIK |
| AVOYELLES CORRECTIONAL CENTER | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to Magistrate Judge C. Michael Hill for Report and Recommendation. After full consideration of the record, including the Objection filed by Calvin Ware, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

The defendant's sole remaining claim, that there is insufficient evidence to support his conviction, **is DENIED and the petition for *habeas corpus* is DISMISSED with prejudice.**

Further, the Motion for Extension of Time is **GRANTED**.

**THUS DONE** and **SIGNED** on the _____ day of October, 2011.

RICHARD T. HAIK, SR., DISTRICT COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA