

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CALVIN WARE | CIVIL ACTION NO. 6:09CV1842 |
| VERSUS | JUDGE HAIK |
| WARDEN AVOYELLES CORRECTIONAL CENTER | MAGISTRATE JUDGE HILL |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__X__ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

____ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right.

Signed at __Lafayette__, Louisiana, this __19th__ day of __September__, 2012.

Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE